AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

DERRICK WALKER.

       Plaintiff,

                  **V.**

JACOB BEASELY; JORDAN WICKER;
MS. FNU KEITH; C. STEWART; and
VERONICA STEWART,

       Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV 320-054

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that, in accordance with the Court's Order of November 17, 2020, the Report and Recommendation of the Magistrate Judge  is ADOPTED  as the opinion of the Court.  This case is DISMISSED without prejudice, and this civil action stands CLOSED.

11/17/2020
*Date*

John E. Triplett, Acting Clerk
*Clerk*

*Tara H. Burton*
*(By) Deputy Clerk*

GAS Rev 10/2020